UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BRANCH BANKING & TRUST CO.      \*

      Plaintiff/judgment creditor      \*

v.

      \*

FEDERAL KEMPER LIFE               Civil Action No. L-00-3677
  ASSURANCE COMPANY      \*

      Defendant/garnishee      \*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

(

MOTION FOR LEAVE TO FILE
AMENDED ANSWER TO WRIT OF GARNISHMENT OF PROPERTY
AND COUNTERCLAIM

Defendant/garnishee, Federal Kemper Life Assurance Company ("Federal Kemper"), pursuant to

Fed. R. Civ. P. 15(a) and Local Rule 103.6, moves for an order of this Court granting leave to file an

amended answer to the writ of garnishment of property and counterclaim. The amended answer to writ

of garnishment of property and counterclaim is attached hereto as exhibit 1 and the grounds for this

motion are more fully stated in the memorandum of law filed contemporaneously herewith.

Pursuant to Local Rule 103.6.d, counsel for Federal Kemper contacted plaintiff's counsel to

determine whether plaintiff would consent to the filing of the amended answer and counterclaim.

Plaintiff's counsel advised that plaintiff consents to the filing of the amended answer and counterclaim.

*Motion Granted*

*January 15, 2001*
*Benson Legg*
*USDJ*

FILED     ENTERED

JAN 16 2001

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND    DEPUTY

BY