UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

January 16, 2001

MEMORANDUM TO COUNSEL RE:   Branch Banking & Trust Co. v.
Federal Kemper Life Assurance Co., et al.
Civil #L-00-3677

Dear Counsel:

I have granted Federal Kemper's motion for leave to file an amended answer and also issued a scheduling order.

I notice that Maryland Commercial Loans, Inc., has not answered. By February 1, 2001, counsel shall submit a joint status report advising whether Maryland Commerical has been served, and–if not–why not. Is Maryland Commercial still in business?

Counsel shall also advise me as to a proposed discovery and motions schedule.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file