UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BRANCH BANKING & TRUST CO. | * | |
| Plaintiff/judgment creditor, | * | |
| v. | * | |
| FEDERAL KEMPER LIFE ASSURANCE COMPANY | * | |
| Defendant/garnishee. | * | |
| * * * * * * * | | Civil Action No. L-00-3677 |
| FEDERAL KEMPER LIFE ASSURANCE COMPANY | * | |
| Counterclaim plaintiff, | * | |
| v. | * | |
| BRANCH BANKING & TRUST CO., *et al.* | * | |
| Counterclaim defendants. | * | |

* * * * * * * * * * * * *

## STIPULATION EXTENDING PRETRIAL DEADLINES

Defendant/garnishee/counterclaim plaintiff Federal Kemper Life Assurance Company, and plaintiff/judgment creditor/counterclaim defendant Branch Banking & Trust Company, by their undersigned counsel, hereby stipulate and agree to a 30-day extension of the remaining pretrial deadlines, as set forth below:

| | |
|---|---|
| Defendant's Rule 26(a)(2) disclosures re: experts | May 16, 2001 |

APPROVED THIS 16TH DAY OF APRIL, 2001

BENSON EVERETT LEGG, U.S.D.J.

| | |
|---|---|
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re: experts | May 30, 2001 |
| Rule 26(e)(2) supplementation of disclosures and responses | June 6, 2001 |
| Discovery deadline; submission of status report | June 29, 2001 |
| Requests for admission | July 6, 2001 |
| Dispositive pretrial motions deadline | July 30, 2001 |

Respectfully submitted,

_____ /DBY  _____
Robert B. Scarlett     with permission    Bryan D. Bolton
Federal Bar No. 01424                    Federal Bar No. 02112
Andrew M. Croll                          Derek B. Yarmis
Federal Bar No. 07564                    Federal Bar No. 10892

Scarlett & Croll, P.A.                   Funk & Bolton, P.A.
201 North Charles Street, Suite 600      100 Light Street, Suite 1000
Baltimore, Maryland 21201                Baltimore, Maryland 21202
(410) 468-3100                           (410) 659-7700

Attorneys for Branch Banking & Trust Co. Attorneys for Federal Kemper Life Assurance Company

Dated:       April 16, 2001

SO ORDERED:

_____4/16/01_____         _____
Date                          United States District Judge

20004.004: 43865

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 16th day of April, 2001, the foregoing Stipulation Extending Pretrial Deadlines was mailed, first class, postage prepaid to:

Robert B. Scarlett, Esquire
Andrew M. Croll, Esquire
Scarlett & Croll, P.A.
201 North Charles Street, Suite 600
Baltimore, Maryland 21201

Attorneys for Branch Banking & Trust Co.

Bank of America, N.A.
Attn: Jan Aniel, Esquire
Mail Code: NC1-002-29-01
101 South Tryon Street
Charlotte, North Carolina 28255

Maryland Commercial Loans, Inc.
8 Park Center Court, Suite 110
Owings Mills, Maryland 21117

John W. Beckley, Esquire
Fowley & Beckley, P.A.
Executive Plaza 1
11350 McCormick Road, Suite 502
Hunt Valley, Maryland 21031-1002

_____
Derek B. Yarmis

20000.004: 43865