UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BRANCH BANKING & TRUST CO. | * | |
| Plaintiff/judgment creditor, | * | |
| v. | * | |
| FEDERAL KEMPER LIFE ASSURANCE COMPANY | * | |
| | * | |
| Defendant/garnishee. | * | |
| | * | |
| * * * * * * * | | Civil Action No. L-00-3677 |
| FEDERAL KEMPER LIFE ASSURANCE COMPANY | * | |
| | * | |
| Counterclaim plaintiff, | * | |
| v. | * | |
| BRANCH BANKING & TRUST CO., *et al.* | * | |
| Counterclaim defendants. | * | |
| | * | |

* * * * * * * * * * * * *

MOTION FOR LEAVE TO FILE
SECOND AMENDED ANSWER AND AFFIRMATIVE DEFENSE
TO WRIT OF GARNISHMENT OF PROPERTY AND COUNTERCLAIM

Defendant/garnishee/counterclaim plaintiff, Federal Kemper Life Assurance Company ("Federal Kemper"), pursuant to Fed. R. Civ. P. 15(a) and Local Rule 103.6, moves for an order of this Court granting leave to file a second amended answer and affirmative defense to the writ of garnishment of property and counterclaim. The second amended answer and affirmative defense to writ of garnishment

MOTION "Granted" this 9TH day of May 2001.

BENSON EVERETT LEGG, U.S.D.J.