UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JAN -3  A 10: 53

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

January 2, 2002

MEMORANDUM TO COUNSEL RE:   Branch Banking and Trust Co. v.
Federal Kemper Life Assurance Co.
Civil #L-00-3677

Dear Counsel:

Oral argument has been set on Federal Kemper's motion for summary judgment for January 25, 2002, at 9:30 a.m. in Courtroom 3D. Each side will be given 20 minutes.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court File