**FUNK & BOLTON**
A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW
100 LIGHT STREET, SUITE 1000
BALTIMORE, MARYLAND 21202-1036
(410) 659-7700
FACSIMILE (410) 659-7773

Writer's Direct Dial: 410-659-7762

DAVID M. FUNK
BRYAN D. BOLTON
BRYSON F. POPHAM
LINDSEY A. RADER
GARY C. HARRIGER
DEREK B. YARMIS
JEFFERSON L. BLOMQUIST
REN L. TUNDERMANN
CHARLES D. MACLEOD

*ADMITTED IN TX ONLY

JAMES F. TAYLOR
ERIC B. MYERS
CYNTHIA L. McCANN MULLIGAN
E. ELIZABETH STABER
CHERYL A. C. BROWN
LEE ANN LEZZER

OF COUNSEL
JACK A. GULLO, JR.
MICHAEL R. McCANN
J. FRANK NAYDEN
KAY DOUGHTY PHILLIPS*
DEBORAH R. RIVKIN
JOHN R. STIERHOFF

February 14, 2002

The Honorable Benson E. Legg
United States District Court
for the District of Maryland
101 West Lombard Street, Room 340
Baltimore, Maryland 21201

<u>Hand Delivered</u>

Re: *Branch Banking & Trust Co. v. Federal Kemper Life Assurance Company*
Civil Action No.: L-00-3677

Dear Judge Legg:

I represent defendant/counterclaim plaintiff, Federal Kemper Life Assurance Company ("Federal Kemper"), in the above-referenced action, which was dismissed by Settlement Order dated January 25, 2002. The Settlement Order provides that a party may move for good cause within 30 days to reopen this action if settlement is not consummated. Although Federal Kemper anticipates that settlement will be consummated, the process is taking longer than expected. For this reason, Federal Kemper respectfully requests a 15-day extension, through March 11, 2002, to move to reopen the action in the unlikely event that becomes necessary. Andrew Croll, who represents plaintiff/counterclaim defendant Branch Banking & Trust Company ("Branch Banking"), has authorized me to represent that Branch Banking consents to and joins in this request.

The Court's consideration of this request is appreciated.

Respectfully,

Derek B. Yarmis

cc: Andrew M. Croll, Esquire (via facsimile)
Maryland Commercial Loans, Inc.
Bank of America, N.A.

20000.004:51753

APPROVED THIS 24TH DAY OF February, 2002

Benson Legg
BENSON EVERETT LEGG, U.S.D.J.