## FUNK & BOLTON
A Professional Association
Attorneys at Law
100 Light Street, Suite 1000
Baltimore, Maryland 21202-1036
(410) 659-7700
Facsimile (410) 659-7773

DAVID M. FUNK
BRYAN D. BOLTON
BRYSON F. POPHAM
LINDSEY A. RADER
GARY C. HARRIGER
DEREK B. YARMIS
JEFFERSON L. BLOMQUIST
REN L. TUNDERMANN
CHARLES D. MACLEOD

*ADMITTED IN TX ONLY

JAMES F. TAYLOR
ERIC B. MYERS
CYNTHIA L. McCANN MULLIGAN
E. ELIZABETH STABER
CHERYL A. C. BROWN
LEE ANN LEZZER

OF COUNSEL
JACK A. GULLO, JR.
MICHAEL R. McCANN
J. FRANK NAYDEN
KAY DOUGHTY PHILLIPS*
DEBORAH R. RIVKIN
JOHN R. STIERHOFF

Writer's Direct Dial: 410-659-7762

FILED
U.S. DISTRICT COURT
2002 MAR 12 A 10:43

March 5, 2002

The Honorable Benson E. Legg
United States District Court
for the District of Maryland
101 West Lombard Street, Room 340
Baltimore, Maryland 21201

Hand Delivered

Re: *Branch Banking & Trust Co. v. Federal Kemper Life Assurance Company*
Civil Action No.: L-00-3677

Dear Judge Legg:

I represent defendant/counterclaim plaintiff, Federal Kemper Life Assurance Company ("Federal Kemper"), in the above-referenced action, which was dismissed by Settlement Order dated January 25, 2002. The Settlement Order provides that a party may move for good cause within 30 days to reopen the action if settlement is not consummated. Because the settlement process was taking longer than expected, Federal Kemper and plaintiff/counterclaim defendant Branch Banking & Trust Company ("Branch Banking") requested, and the Court on February 24, 2002 approved, a 15-day extension to move to reopen the action.

Although the parties are progressing closer to the consummation of settlement, Federal Kemper does not believe the process will be complete by the current deadline of March 11, 2002. Specifically, counterclaim defendant Bank of America, N.A., which did not answer the counterclaim, is in the process of reviewing and commenting on the proposed settlement agreement. For this reason, Federal Kemper respectfully requests an additional 15-day extension, through March 26, 2002, to move to reopen the action in the unlikely event that becomes necessary. Federal Kemper anticipates this will be the last extension necessary. Andrew Croll, who represents Branch Banking, has authorized me to represent that Branch Banking consents to and joins in this request.

APPROVED THIS 11TH DAY OF March, 2002

BENSON EVERETT LEGG, U.S.D.J.

**FUNK & BOLTON**

A PROFESSIONAL ASSOCIATION

The Honorable Benson E. Legg
March 5, 2002
Page 2

The Court's consideration of this request is appreciated.

                                            Respectfully,

                                            Derek B. Yarmis

cc: Clerk of the Court (hand delivered)
     Andrew M. Croll, Esquire (via facsimile)
     Maryland Commercial Loans, Inc.
     Bank of America, N.A.

20000.004:52260