## FUNK & BOLTON
A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW
100 LIGHT STREET, SUITE 1000
BALTIMORE, MARYLAND 21202-1036
(410) 659-7700
FACSIMILE (410) 659-7773

DAVID M. FUNK
BRYAN D. BOLTON
BRYSON F. POPHAM
LINDSEY A. RADER
GARY C. HARRIGER
DEREK B. YARMIS
JEFFERSON L. BLOMQUIST
REN L. TUNDERMANN
CHARLES D. MACLEOD

*ADMITTED IN TX ONLY

JAMES F. TAYLOR
ERIC B. MYERS
CYNTHIA L. MCCANN MULLIGAN
E. ELIZABETH STABER
CHERYL A. C. BROWN
LEE ANN LEZZER

OF COUNSEL
JACK A. GULLO, JR.
MICHAEL R. MCCANN
J. FRANK NAYDEN
KAY DOUGHTY PHILLIPS*
DEBORAH R. RIVKIN
JOHN R. STIERHOFF

Writer's Direct Dial: 410-659-7762

March 26, 2002

The Honorable Benson E. Legg
United States District Court
for the District of Maryland
101 West Lombard Street, Room 340
Baltimore, Maryland 21201

Hand Delivered

MOTION " *Granted* " this 26th day of *March* 2002.

BENSON EVERETT LEGG, U.S.D.J.

Re: *Branch Banking & Trust Co. v. Federal Kemper Life Assurance Company*
Civil Action No.: L-00-3677

Dear Judge Legg:

I represent defendant/counterclaim plaintiff, Federal Kemper Life Assurance Company ("Federal Kemper"), in the above-referenced action, which was dismissed by Settlement Order dated January 25, 2002. The Settlement Order provides that a party may move for good cause within 30 days to reopen the action if settlement is not consummated. Because the settlement process was taking longer than expected, Federal Kemper and plaintiff/counterclaim defendant Branch Banking & Trust Company ("Branch Banking") requested, and the Court on February 24 and March 11, 2002 approved, two 15-day extensions to move to reopen the action.

Although I regret having to request yet another extension of the deadline to move to reopen the action, new circumstances warrant one last extension. Specifically, counterclaim defendant, Bank of America, N.A., through its legal department, agreed last week to the form of a settlement agreement and to have the settlement agreement executed immediately. When I did not receive the executed settlement agreement today, I contacted Bank of America and learned that the person who needs to sign the settlement agreement is on vacation and will not return until April 1, 2002. Further, counsel for the director of now-defunct counterclaim defendant, Maryland Commercial Loans, Inc., had indicated that his client would execute a settlement agreement. Late last week, I learned that, because of dissension expressed by a creditor of Maryland Commercial Loans, the settlement agreement and release would not be executed.

Rather than file a motion to reopen the action and consume the Court's resources with an issue that the parties should be able to work through amongst themselves, Federal Kemper

\* *Extension granted through 4/10/02.* B. Legg USDJ 3/26/02.

(38)

**FUNK & BOLTON**

A PROFESSIONAL ASSOCIATION

The Honorable Benson E. Legg
March 26, 2002
Page 2

<u>respectfully requests one last 15-day extension, through April 10, 2002, to move to reopen the action.</u> Federal Kemper anticipates that Bank of America will execute the settlement agreement, as promised, next week. Federal Kemper also remains hopeful that, with further negotiations, Maryland Commercial Loans will be in a position to execute a settlement agreement in short order. If Federal Kemper does not receive executed settlement agreements from all of the parties by April 10, 2002, then it may have no alternative but to file a motion to reopen. Until then, Federal Kemper would appreciate one last opportunity to bring this matter to closure without the need for Court intervention. Andrew Croll, who represents Branch Banking, has authorized me to represent that Branch Banking consents to and joins in this request.

       The Court's consideration of this request is appreciated.

                                              Respectfully,

                                              Derek B. Yarmis

cc: Clerk of the Court (hand delivered)
     Andrew M. Croll, Esquire (via facsimile)
     John W. Beckley, Esquire (via facsimile)
     Maryland Commercial Loans, Inc.
     Bank of America, N.A.

20000.004:52865