UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BRANCH BANKING & TRUST CO., | * | |
| Plaintiff/judgment creditor, | * | |
| v. | * | |
| FEDERAL KEMPER LIFE ASSURANCE COMPANY, | * | |
| Defendant/garnishee. | * | |
| * * * * * * * * | | Civil Action No. L-00-3677 |
| FEDERAL KEMPER LIFE ASSURANCE COMPANY, | * | |
| Counterclaim plaintiff, | * | |
| v. | * | |
| BRANCH BANKING & TRUST CO., *et al.* | * | |
| Counterclaim defendants. | * | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff/judgment creditor/counterclaim defendant, Branch Banking & Trust Company, and Defendant/garnishee/counterclaim plaintiff, Federal Kemper Life Assurance Company, pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate to the dismissal with prejudice of the above-captioned garnishment proceeding and counterclaim.

APPROVED THIS _16TH_ DAY OF _April, 2002_

_____
BENSON EVERETT LEGG, U.S.D.J.

7

Respectfully submitted,

| | |
|---|---|
| _____ | _____ |
| Robert B. Scarlett | Bryan D. Bolton |
| Federal Bar No. 01424 | Federal Bar No. 02112 |
| Andrew M. Croll | Derek B. Yarmis |
| Federal Bar No. 07564 | Federal Bar No. 10892 |
| | |
| Scarlett & Croll, P.A. | Funk & Bolton, P.A. |
| 201 North Charles Street, Suite 600 | 100 Light Street, Suite 1000 |
| Baltimore, Maryland 21201 | Baltimore, Maryland 21202 |
| (410) 468-3100 | (410) 659-7700 |
| | |
| Attorneys for Branch Banking & Trust Co. | Attorneys for Federal Kemper Life Assurance Company |

Dated: April 15, 2002

20000.004:53440

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 15th day of April, 2002, a copy of the foregoing Stipulation of Dismissal with Prejudice was mailed first class, postage prepaid, to:

Robert B. Scarlett, Esquire
Andrew M. Croll, Esquire
Scarlett & Croll, P.A.
201 North Charles Street, Suite 600
Baltimore, Maryland 21201

Bank of America, N.A.
Attn: Jan Aniel, Esquire
Mail Code: NC1-002-29-01
101 South Tryon Street
Charlotte, North Carolina 28255

Maryland Commercial Loans, Inc.
8 Park Center Court, Suite 110
Owings Mills, Maryland 21117

John W. Beckley, Esquire
Fowley & Beckley, P.A.
Executive Plaza 1
11350 McCormick Road, Suite 502
Hunt Valley, Maryland 21031-1002

Derek B. Yarmis

20000.004:53440